**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

K.J.,

Petitioner,

v.

WARDEN, STEWART DETENTION CENTER, *et al.*,

Respondents.

Case No. 4:26-cv-1365-CDL-CHW
28 U.S.C. § 2241

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 2, 2026. (ECF No. 1). The filing fee has been paid. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply.

Within the habeas application, Petitioner also requested an evidentiary hearing and emergency expedited consideration, which was docketed as a separate motion. (ECF No. 2). While the Court understands that Petitioner believes he is illegally detained, this case will be considered in due course, and the Court will consider whether to hold an evidentiary hearing once briefing is complete. Therefore, Petitioner's motion as docketed (ECF No. 2) is **DENIED**.

**SO ORDERED**, this 4th day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge